■ SUMNER D. KILMARX, Respondent, v. JOSEPH NEMECEK, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, the motion granted, and judgment is directed to be entered in favor of the defendant Nemecek dismissing the complaint herein, with costs. There is insufficient showing of excuse for the failure to prosecute

and there is no affidavit of merits by the plaintiff. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.